

In The

Court of Appeals

Seventh District of Texas at Amarillo

_____

No. 07-14-00447-CV
_____

JOSE LUIS LARA SOSA, APPELLANT

V.

AMY CHRISTINA LARA, APPELLEE

On Appeal from the 64th District Court
Castro County, Texas
Trial Court No. A9664-1310; Honorable Robert W. Kinkaid, Jr., Presiding

April 1, 2015

MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant, Jose Luis Lara Sosa, proceeding *pro se*, filed this appeal from the trial court's *Final Decree of Divorce* from Appellee, Amy Christina Lara, also proceeding *pro se*. The clerk's record was filed on January 23, 2015. No reporter's record was filed even after an extension of time was granted to the court reporter on the grounds of failure to request and designate a record and non-payment. Consequently, the

reporter's record was deemed filed as of March 6, 2015, and Appellant was notified his brief was due no later than April 6, 2015. TEX. R. APP. P. 37.3(c).

Pending before this Court is a letter from Appellant in which he communicates that he wishes to dismiss this appeal. Without passing on the merits of the case, Appellant's request is granted and the appeal is dismissed. TEX. R. APP. P. 42.1(a)(1). Having dismissed the appeal at Appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Patrick A. Pirtle
Justice